140
Argued and submitted January 30, affirmed February 25, 1987

In the Matter of the Compensation of
Phillip L. Bettin, Claimant.

## WEYERHAEUSER COMPANY,
*Petitioner,*

*v.*

## BETTIN,
*Respondent.*

(WCB 85-0546M; CA A38274 (Control), A39360)
(Cases Consolidated)

733 P2d 897

Jerry K. Brown, McMinnville, argued the cause for petitioner. With him on the brief was Cummins, Cummins, Brown & Goodman, P.C., McMinnville.

William H. Schultz, Portland, argued the cause for respondent. On the brief were Peter W. Preston, and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

■     Employer seeks review of an order of the Workers' Compensation Board awarding claimant additional temporary total disability. The Board reopened the claim, on which aggravation rights had expired, on its own motion, without expressly finding that there had been a worsening of the compensated condition. The Board, on its own motion, is not authorized to award such benefits without that finding.

■     On *de novo* review, we find that claimant has shown that he has suffered a worsening of his compensable condition and that the Board correctly reopened the claim, thereby authorizing the award of temporary total disability. *See Gwynn v. SAIF,* 84 Or App 67, 733 P2d 895 (1987).

Affirmed.